In re:                                                                    Case No. 23-02223-MJC

Andrew Means                                                      Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: ntnoshow | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Means, 124 Geese Landing, Glen Allen, VA 23060-5874 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.ebn@aisinfo.com | Jan 30 2024 18:45:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569008 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 18:55:55 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5569010 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 30 2024 18:46:00 | BANK OF AMERICA, 800 MARKET STREET, SAINT LOUIS, MO 63101-2508 |
| 5569009 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 18:46:00 | BANK OF AMERICA, PO BOX 673033, DALLAS, TX 75267-3033 |
| 5582104 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 18:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5569011 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 18:46:00 | CARRINGTON MORTGAGE SERVICES, 1600 DOUGLASS ROAD, SUITES 100-200-A, ANAHEIM, CA 92806 |
| 5569924 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2024 18:45:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569012 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 18:46:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5569013 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2024 18:46:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5582199 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 18:46:00 | The Bank of New York Mellon, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5569015 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 18:55:50 | VERIZON, 4515 NORTH SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5569014 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 18:55:59 | VERIZON, PO BOX 4457, HOUSTON, TX 77210-4457 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Andrew Means rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Andrew Means lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew Means,                                  Chapter        13

      **Debtor 1**

                                       Case No.      5:23−bk−02223−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **February 19, 2024** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **February 19, 2024**.

**If no objections are filed by February 19, 2024, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | For the Court: <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2024 |

ntnoshow (07/18)