# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | | Date Created: 2/23/2024 |
| Case: 5:23–bk–02223–MJC | Form ID: ordsmiss | | Total: 18 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Michael Patrick Farrington | mfarrington@kmllawgroup.com |
| aty | Robert J Kidwell, III | rkidwell@newmanwilliams.com |
| aty | Vincent Rubino | VRubino@newmanwilliams.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Andrew Means | 124 Geese Landing    Glen Allen, VA 23060 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 | |
| 5569008 | AMERICAN EXPRESS | PO BOX 981537    EL PASO, TX 79998 |
| 5569010 | BANK OF AMERICA | 800 MARKET STREET    SAINT LOUIS, MO 63101–2510 |
| 5569009 | BANK OF AMERICA | PO BOX 673033    DALLAS, TX 75267–3033 |
| 5582104 | Bank of America, N.A. | PO Box 673033    Dallas, TX 75267–3033 |
| 5569011 | CARRINGTON MORTGAGE SERVICES | 1600 DOUGLASS ROAD    SUITES 100–200–A    ANAHEIM, CA 92806 |
| 5569924 | Capital One Auto Finance, a division of | AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| 5569012 | MIDLAND CREDIT MANAGEMENT | 350 CAMINO DE LA REINA    SUITE 100    SAN DIEGO, CA 92108 |
| 5569013 | NAVY FEDERAL CREDIT UNION | PO BOX 3000    MERRIFIELD, VA 22119–3000 |
| 5582199 | The Bank of New York Mellon, at. el | c/o Carrington Mortgage Services, LLC    1600 South Douglass Road    Anaheim, CA 92806 |
| 5569015 | VERIZON | 4515 NORTH SANTA FE AVE    OKLAHOMA CITY, OK 73118 |
| 5569014 | VERIZON | PO BOX 4457    HOUSTON, TX 77210–4457 |

TOTAL: 13