In re:                              Case No. 23-02223-MJC
Andrew Means                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: AutoDocke           Page 1 of 2
Date Rcvd: Feb 23, 2024     Form ID: ordsmiss         Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Means, 124 Geese Landing, Glen Allen, VA 23060-5874 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 23 2024 23:39:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569008 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2024 18:55:29 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5569010 | + | EDI: BANKAMER2 | Feb 23 2024 23:39:00 | BANK OF AMERICA, 800 MARKET STREET, SAINT LOUIS, MO 63101-2508 |
| 5569009 | | EDI: BANKAMER | Feb 23 2024 23:39:00 | BANK OF AMERICA, PO BOX 673033, DALLAS, TX 75267-3033 |
| 5582104 | | EDI: BANKAMER | Feb 23 2024 23:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5569011 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2024 18:42:00 | CARRINGTON MORTGAGE SERVICES, 1600 DOUGLASS ROAD, SUITES 100-200-A, ANAHEIM, CA 92806 |
| 5569924 | + | EDI: AISACG.COM | Feb 23 2024 23:39:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569012 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2024 18:42:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5569013 | | EDI: NFCU.COM | Feb 23 2024 23:39:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5582199 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2024 18:42:00 | The Bank of New York Mellon, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5569015 | + | EDI: AIS.COM | Feb 23 2024 23:39:00 | VERIZON, 4515 NORTH SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5569014 | | EDI: AIS.COM | Feb 23 2024 23:39:00 | VERIZON, PO BOX 4457, HOUSTON, TX 77210-4457 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: ordsmiss | Total Noticed: 13 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Andrew Means rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Andrew Means lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew Means,     Chapter     13

    **Debtor 1**

Case No.     5:23−bk−02223−MJC

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 23, 2024

ordsmiss (05/18)